IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DWAYNE FURLOW CHANEY,<br><br>　　　　Defendant. | DOCKET NO.: 3:25-cr-129-MOC<br><br>**MOTION TO EXTEND REPLY DEADLINE** |

　　　　Mr. Dwayne Chaney, by and through undersigned counsel, respectfully requests a 7-day extension of time to respond to the government's Response in Opposition filed on October 16, 2025. Doc. 25. As grounds therefore, it is averred:

　　　　1.　　Mr. Chaney pled guilty on August 13, 2025, to possession of firearm by a convicted felon, in violation of 18 U.S.C. 922(g)(1).

　　　　2.　　Shortly thereafter, he was moved to Pike County Detention Center in Pikeville, Kentucky.

　　　　3.　　On October 9, 2025, Mr. Chaney filed a Motion to Protect the Safety and Constitutional Rights of Dwayne Chaney, or, in the Alternative, Motion to Release Dwayne Chaney. Doc 24.

　　　　4.　　On October 16, 2025, the government filed a response in opposition to Mr. Chaney's motion. Doc. 25.

　　　　5.　　Undersigned counsel intends to file a reply to the response. Typically, under the local rules, the reply deadline is 7 days from the filing of a response.

6. However, due to other case obligations, undersigned counsel has been unable to draft the reply in that time frame. Undersigned counsel needs additional time to research issues raised by the response and to effectively draft a reply to the response.

7. The United States does not oppose this motion for a continuance.

**WHEREFORE,** the defendant respectfully requests a 7-day continuance of his reply deadline to October 30, 2025.

Respectfully submitted,

s/ Carson Smith
Carson Smith
NC Bar 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org

***Attorney for Dwayne Furlow Chaney***

Dated: October 23, 2025