IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CR-129-MOC-DCK

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| DWAYNE FURLOW CHANEY, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Extend Reply Deadline" (Document No. 26) filed October 23, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Extend Reply Deadline" (Document No. 26) is **GRANTED**.

**SO ORDERED**.

Signed: October 24, 2025

David C. Keesler
United States Magistrate Judge